

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Martin E. Howley, Jr.*
*Direct Dial: (215) 861-8364*
*Facsimile: (215) 861- 8618*
*E-mail Address:  martin.howley@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

March 21, 2023

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    **United States v. Anthony Autry**
              Case No. 23-CR-009

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on January 12, 2023.

Very truly yours,

JACQUELINE C. ROMERO
United States Attorney

 */s/ Martin E. Howley, Jr.*
Martin E. Howley, Jr.
Special Assistant United States Attorney