IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. : | |

**ANTHONY AUTRY**
**IN CUSTODY F.D.C. PHILA.**　　　　　　　　　　**NO. 23-9-1**
**USM #49993-510**

## NOTICE OF HEARING

Take notice that the defendant is **scheduled for a Sentencing on Tuesday, June 18th, 2024, at 10:00 A.M.** before the **Honorable Mitchell S. Goldberg** in **Courtroom 17-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant – **NOT NEEDED.**

For additional information, please contact the undersigned.

By: Jimmy Cruz Courtroom Deputy to the Honorable Mitchell S. Goldberg
　　Phone: 267-299-7509

Date: **February 27th, 2024.**

cc via U.S. Mail:　　Defendant
cc via email:　　　　Matthew Boyd, Esq., Defense Counsel
　　　　　　　　　　Martin Howley, Assistant U.S. Attorney
　　　　　　　　　　U.S. Marshal
　　　　　　　　　　Court Security
　　　　　　　　　　Probation Office
　　　　　　　　　　Pretrial Services
　　　　　　　　　　Interpreter Coordinator

crnotice (July 2021)